**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

             **Plaintiff,**          **CRIMINAL NO. 05-80725**

    **v.**                 **HONORABLE AVERN COHN**

**ANCO-TECH, INC.,
ANDREW MALISZEWSKI, and
ALAN MALISZEWSKI,**

             **Defendants.**
_____/

**O R D E R**

On Friday, October 14, 2005 the Court held an un-recorded telephone conference with the parties regarding the Government's motion to have the case declared complex, for a special trial listing and for a finding of excludable delay. During the telephone conference the parties stipulated to a continuance of the trial date. The Court being fully advised in the premises,

T IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(ii) that the government's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial and that the time from September 20, 2005 to January 30, 2006 shall constitute excludable delay pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(i) & (ii). A jury trial is scheduled for Monday, January 30, 2006 at 9:00 a.m.

**SO ORDERED**.

Dated: October 17, 2005          s/ Avern Cohn_____
                             United States District Judge